UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Jennifer Schaadt,

      Plaintiff,

v.                                     **PLAINTIFF'S MOTION TO COMPEL DISCOVERY**
                                          Civil No. 05-CV-01167 (RHK/JSM)

St. Jude Medical S.C., Inc.

      Defendant.

_____

TO:  DEFENDANT AND ITS ATTORNEY, Laura McKnight, Bassford Remele, P.A., 33 South 6th Street, Suite 3800, Minneapolis, MN 55402-3707

Plaintiff Jennifer Schaadt moves the Court for a hearing on her motion to compel outstanding discovery. This motion is based on the arguments of counsel, the accompanying memorandum of law, affidavits, and upon all of the files, records, and proceedings.

Dated: March 27, 2006                           ___s/ Andrea Gesellchen_____
                                                            Beth E. Bertelson (#186806)
                                                             Andrea R. Gesellchen (#0320006)
                                                             Attorneys for Plaintiff
                                                             BERTELSON LAW OFFICES, P.A.
                                                             101 Union Plaza
                                                             333 Washington Ave. North
                                                             Minneapolis, MN 55401
                                                             (612) 278-9832